United States District Court
Southern District of Texas
**ENTERED**
July 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 2:21-CR-598-2 |
| | § |
| KENNETH RANDLE | § |
| | § |
| Defendant. | § |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

Before the Court is Defendant Randle's motion to set bond. (D.E. 12). A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The motion is **DENIED**. The following requires detention of the Defendant pending trial in this case:

(1) There are no conditions or combination of conditions that would reasonably assure the appearance of the Defendant as required and the safety of the community.

The evidence against the Defendant meets the probable cause standard, as a Grand Jury has returned a true-billed indictment in this case. The Defendant is charged with an offense that involves criminal conduct while in federal custody for Aiding and Abetting Armed Bank Robbery, his background information has not been verified or corroborated by U.S. Pretrial Services, and he has previously had his court-ordered probation supervision revoked. The findings and conclusions contained in the Pretrial Services Report are adopted.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on July 28, 2021.

_____
Julie K. Hampton
United States Magistrate Judge